**DISMISS; and Opinion Filed March 31, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00372-CV

### IN RE MARVIN BROWN, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-92-25557-VH**

## MEMORANDUM OPINION

Before Justices Bridges, Stoddart, and Schenck
Opinion by Justice Schenck

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to grant his petition for writ of habeas corpus. While the courts of appeals have concurrent mandamus jurisdiction with the Court of Criminal Appeals in some post-conviction proceedings, *Padilla v. McDaniel,* 122 S.W.3d 805, 808 (Tex. Crim. App. 2003) (forensic DNA testing), only the Court of Criminal Appeals has jurisdiction in final post-conviction habeas corpus proceedings. TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2014); *In re Turk*, No. 14-09-00129-CR, 2009 WL 396197, at *1 (Tex. App.—Houston [14th Dist.] Feb. 19, 2009, no pet.) (mem. op.); *In re Bailey,* No. 14-06-00841-CV, 2006 WL 2827249, at *1 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding) (mem. op.); *In re McAfee,* 53 S.W.3d at 717. Any complaints about action or inaction on a matter related to a pending post-conviction petition for writ of habeas corpus must be brought by mandamus to the Court of Criminal Appeals and not to this Court. *In re McAfee*, 53 S.W.3d at 717.

We **DISMISS** the petition for want of jurisdiction.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150372F.P05